IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARGARET STEWART                                                                                       PLAINTIFF

v.                                              NO. 4:11CV00595 JLH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                                  DEFENDANT

## ORDER

Without objection, the defendant's motion to remand is GRANTED. Document #9. This action is hereby remanded to the Circuit Court of Pulaski County, Arkansas, 12th Division.

IT IS SO ORDERED this 18th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE