## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MARGARET STEWART                                                                                    PLAINTIFF

v.                                        NO. 4:11CV00595 JLH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                                              DEFENDANT

### ORDER

Without objection, the defendant's motion to remand is GRANTED. Document #9. This action is hereby remanded to the Circuit Court of Pulaski County, Arkansas, 12th Division.

IT IS SO ORDERED this 18th day of January, 2012.

*/s/ J. Leon Holmes*

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE